# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA, | | Case No. | 2:22-cr-00135-RMP-1 |
|---|---|---|---|
| | Plaintiff, | CRIMINAL MINUTES | |
| -vs- | | DATE: | MARCH 7, 2023 |
| CHRISTOPHER BRUCE GOOCH | | LOCATION: | SPOKANE |
| | Defendant. | CHANGE OF PLEA HEARING | |

| | Hon. Rosanna Malouf Peterson | |
|---|---|---|
| Allison Yates | LC01 | Allison Anderson |
| **Courtroom Deputy** | **Law Clerk** | **Court Reporter** |
| Caitlin A. Baunsgard | | Lorinda M. Youngcourt |
| **Government Counsel** | | **Defense Counsel** |

**[ X ]  Open Court**             **[  ]  Chambers**             **[  ]  Telecon**

Defendant present in custody of United States Marshal with appointed counsel. Defense Counsel Ms. Youngcourt advised the Court that Defendant is not prepared to enter a plea today.

Ms. Baunsgard addressed the Court and advised the government fully supports Ms. Youngcourt's assessment.

The Court invoked a continuance under the Speedy Trial Act.

Final Pretrial Conference set for 05/09/2023 is RESET to 06/06/2023 at 11:30 A.M. Jury trial of 05/22/2023, is STRICKEN and RESET to 06/20/2023.

**[ X ]  ORDERS FORTHCOMING**

| CONVENED: 9:03 A.M. | ADJOURNED: 9:12 A.M. | TIME: 0:9 MINS. | CALENDARED  [ N/A ] |
|---|---|---|---|